NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TERRICK M. CROSBY,                )
a/k/a TERRICK MAURICE CROSBY,     )
                                  )
          Appellant,              )
                                  )
v.                                )        Case No. 2D16-875
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____    )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Howard L. Dimmig, II, Public Defender, and
Keith W. Upson, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrew Tetreault,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.